IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORNELIUS BROOKS**                                                          **PLAINTIFF**

v.                           Case No. 4:24-cv-00523-LPR

**DOLGENCORP, LLC, d/b/a DOLLAR GENERAL,**
**ROZIER CONSTRUCTION COMPANY,**
**ARKANSAS DEPARTMENT OF TRANSPORTATION,**
**ENVIRONMENTAL PROTECTION AGENCY**                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's February 2, 2025 Orders (Docs. 24, 25, & 26) and the Court's March 12, 2025 Order (Doc. 28), it is CONSIDERED, ORDERED, and ADJUDGED that all of Plaintiff Cornelius Brooks's claims are dismissed without prejudice.

IT IS SO ADJUDGED this 22nd day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE